# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| HERMAN MCKINNEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:18-cv-02790-TLP-tmp |
| v. | ) | |
| | ) | |
| MICHAEL PARRIS, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR PAY THE $5.00 FILING FEE

Petitioner Herman McKinney[1] filed a pro se petition under 28 U.S.C. § 2254 on November 13, 2018. (ECF No. 1.) However, Petitioner failed to either pay the $5.00 habeas filing fee required by 28 U.S.C. § 1914(a) or submit an application to proceed in forma pauperis and a copy of his trust account statement.

Accordingly, Petitioner is ORDERED to pay the $5.00 filing fee within thirty (30) days after the date of this order or submit a properly completed in forma pauperis affidavit demonstrating his indigency, along with an inmate trust fund account statement.[2] The Clerk is directed to mail a copy of the prisoner in forma pauperis affidavit to Petitioner along with this order.

Petitioner is notified that failure to comply with this order in a timely manner will result

---

[1] Petitioner, department of correction prisoner number 498581, is incarcerated at the Morgan County Correctional Complex in Wartburg, Tennessee.

[2] In the interest of expediting this matter, Petitioner is advised that if his inmate trust account had a balance of at least $25.00 on the date this petition was filed, an application to proceed in forma pauperis will be denied.

in dismissal of this action without further notice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**SO ORDERED**, this 16th day of January, 2019.

                                          s/Thomas L. Parker
                                        THOMAS L. PARKER
                                        UNITED STATES DISTRICT JUDGE